JACK HELLER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. WILLIAM D. TICKNOR, Jr., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below : 85 *N. J. Super.* 501.

*Mrs. Sylvia B. Pressler* for the petitioners.

*Mr. William V. Breslin* for the respondents.

April 5, 1965.  Denied.

LOUIS DePASCALE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. MARTIN J. BRENNAN *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. John J. Sheehy* for the petitioners.

*Mr. Francis X. Hayes* and *Mr. E. Norman Wilson* for the respondents.

April 5, 1965.  Denied.

SAVERIO PELUSO, PLAINTIFF-PETITIONER, v. TOWNSHIP OF OCEAN, DEFENDANT-RESPONDENT.

See same case below : 85 *N. J. Super.* 209.

*Messrs. Lautman & Rapson* for the petitioner.

*Mr. Vincent J. Agresti* for the respondent.

January 7, 1965.  Granted.